# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LATANSIA JEAN POOLE,

      Plaintiff,

v.                                     Case No. 12-CV-12439-DT

CITIMORTGAGE INCORPORATED, et al.,

      Defendants.

                                             /

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 6, 2012, the court ordered Plaintiff LaTansia Jean Poole to pay the statutory civil case filing fee or to file a application to proceed *in forma pauperis.* Plaintiff did neither of these options, and instead mailed to the court documents which indicate her desire to dismiss this action.  In accordance with the court's June 6, 2012 order and Plaintiff's subsequent communication,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

                                S/Robert H. Cleland
                                ROBERT H. CLELAND
                                UNITED STATES DISTRICT JUDGE

Dated:  June 29, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2012, by electronic and/or ordinary mail.

                                S/Lisa Wagner
                                  Case Manager and Deputy Clerk
                                (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\12-12439.POOLE.Dismiss.wpd